# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-338-JCM-(NJK) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| MARK PAK, | |
| Defendant. | |

This Court finds that defendant Mark Pak pled guilty to Count One of a One-Count Criminal Indictment charging him with Theft of Government Property in violation of Title 18, United States Code, Section 641. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 20.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 641, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c).

This Court finds that Mark Pak shall pay an in personam criminal forfeiture money judgment of $176,968.80 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Mark Pak an in personam criminal forfeiture money judgment of $176,968.80.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED March 23, 2018.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on March 3, 2018.

                                         /s/ Mary Stolz
                                         MARY STOLZ
                                         FSA Paralegal