RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SUNETHRA MURALIDHARA
Nevada State Bar No. 13549
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Mark Pak

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>MARK PAK,<br><br>      Defendant. | Case No. 2:17-cr-00338-JCM-NJK-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Mark Pak, that the Sentencing Hearing currently scheduled on May 22, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Pak, which is relevant to the sentencing disposition of this case.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 15th day of March, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|   |   |
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK PAK,<br><br>　　　　Defendant. | Case No. 2:17-cr-00338-JCM-NJK-1<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, May 22, 2018 at 10:30 a.m., be vacated and continued to **Wednesday, August 22, 2018 at 10:00 a.m.**

DATED this 25th day of March, 2018.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE