RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Mark Pak

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK PAK,<br><br>　　　　Defendant. | Case No. 2:17-cr-00338-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Mark Pak, that the Sentencing Hearing currently scheduled on September 24, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to prepare a Sentencing Memorandum.

　　　　2.　　Defense counsel also needs time for further investigation and make determination if a Korean interpreter is needed.

　　　　3.　　The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 20th day of September, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Jawara Griffin<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARK PAK,

        Defendant.

Case No. 2:17-cr-00338-JCM-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, September 24, 2021 at 11:00 a.m., be vacated and continued to January 7, 2022 at the hour of 10:00 a.m.

    DATED September 21, 2021.

_____
UNITED STATES DISTRICT JUDGE

3